# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Suffolk District of New York

Index Number: 1:25-CV-00334-CBA-MMH

Date Filed: 1/19/2025

Plaintiff:
**GEMANE NETTLES**

vs.

Defendant:
**ZOOM 34 LLC, LIBERTY TROPICAL JERK & SEAFOOD CENTER INC. and LIBERTY CHICKEN, INC.,**

For:
Jennifer Tucek, Esq.
Law Office Of Jennifer E. Tucek, PC
641 Lexington Avenue
15th Floor
New York, NY 10022

Received these papers on the 20th day of February, 2025 at 3:06 pm to be served on **LIBERTY TROPICAL JERK & SEAFOOD CENTER INC, 165-25 Liberty Avenue, Jamaica, NY 11433**.

I, Joseph Gill, do hereby affirm that on the **28th day of February, 2025** at **7:56 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint**, to: **Jane Doe, Refuse to give true name** as **Employee, Authorized Agent** for **LIBERTY TROPICAL JERK & SEAFOOD CENTER INC**, at the address of: **165-25 Liberty Avenue, Jamaica, NY 11433**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: Black, Height: 5'5", Weight: 175, Hair: Black, Glasses: N

I ,Joseph Gill affirm on the date endorsed below, under penalties of perjury under the laws of New York ,which may include fine or imprisonment , that the foregoing is true and I understand that this document may be filed in action or proceeding in a court of law.

Joseph Gill
2076366

Date 3/4/2025

Our Job Serial Number: DPR-2025000374

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

