UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GEMANE NETTLES,

                               Plaintiff,

-against-

ZOOM 34 LLC, LIBERTY TROPICAL JERK &
SEAFOOD CENTER INC. and LIBERTY CHICKEN,
INC.,

                              Defendants.
------------------------------------------------------------------X

Case No.: 1:25-cv-334 (CBA) (MMH)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Emanuel Kataev, Esq. hereby appears as counsel for the Defendant Zoom 34 LLC in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Jamaica, New York
       June 9, 2025

Respectfully submitted,

**SAGE LEGAL LLC**

 /s/ Emanuel Kataev, Esq.
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

 *Attorneys for Defendant*
*Zoom 34 LLC*