# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

June 9, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Vera M. Scanlon, U.S.M.J.
225 Cadman Plaza East
Courtroom 13A South
Brooklyn, NY 11201-1804

      Re:    Nettles v. Zoom 34 LLC, et al.
            <u>Case No.: 1:25-cv-334 (CBA) (MMH)</u>

Dear Judge Scanlon:

      This firm represents the Defendant Zoom 34 LLC ("Defendant") in the above-referenced case. The Defendant writes to respectfully request an extension of time, until Friday, June 27, 2025, to respond to the complaint filed by Plaintiff in this case.

      Pursuant to ¶ 2(D) of this Court's Individual Motion Practices, Defendant respectfully submits that:

(i)    the original deadline to respond to the complaint, according to the docket sheet, was March 21, 2025;

(ii)    there have been no previous requests for an extension;

(iii)    Plaintiff consents to the requested extension of time;

(iv)    Defendant submits that good cause exists based on counsel's need for additional time to analyze the facts and prepare an appropriate response to the Complaint;

      In light of the foregoing, Defendant respectfully submits that this Court should exercise its discretion in favor of granting the requested extension of time. <u>See</u> Fed. R. Civ. P. 6(b)(1)(B).

      Defendant thanks this Court for its time and attention to this case.

|  |  |
|---|---|
| Dated: Jamaica, New York<br>June 9, 2025 | Respectfully submitted,<br><br>**SAGE LEGAL LLC**<br><br>By:  /s/ *Emanuel Kataev, Esq.*<br>Emanuel Kataev, Esq.<br>18211 Jamaica Avenue<br>Jamaica, NY 11423-2327<br>(718) 412-2421 (office)<br>(917) 807-7819 (cellular)<br>(718) 489-4155 (facsimile)<br>emanuel@sagelegal.nyc<br><br>*Attorneys for Defendant*<br>*Zoom 34 LLC* |

**VIA ECF**
Law Office of Jennifer Tucek, PC
<u>Attn</u>: Jennifer E. Tucek, Esq.
641 Lexington Avenue, 15th Floor
New York, New York 10022
tuceklaw@gmail.com

*Attorneys for Plaintiff*
*Germane Nettles*