LAW OFFICE OF JENNIFER E. TUCEK, PC
641 Lexington Avenue, 15th Floor
New York, New York 10022
(917) 669-6991
TucekLaw@Gmail.com

June 10, 2025

<u>VIA ECF</u>
Judge Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

         Re: *Nettles v. Zoom 34 LLC et al.*
           25-cv-00334

Dear Judge Henry:

  I represent the Plaintiff in the Above-referenced matter. I am writing to provide a status update of the case. All three Defendants have been served. Defendant Liberty Chicken Inc. d/b/a Popeye's Chicken was served on June 2, 2025, and I should be receiving the Affidavit of Service by the end of the week. Defendant Zoom 34 LLC has already appeared and has sought an extension of time to file its response to the Complaint (Docket No. 9). Liberty Tropical Jerk & Seafood Center Inc. has not yet appeared and is currently in default. Plaintiff intends to make substantial efforts to seek the appearance of the non-appearing defendants and seek a default in the event they fail to appear. I have left phone messages and sent letters to Liberty Tropical Jerk and will continue to follow-up with it. Thank you.

  Respectfully submitted,

  <u>/s/ Jennifer E. Tucek</u>
  Jennifer E. Tucek