LAW OFFICE OF JENNIFER E. TUCEK, PC  
641 Lexington Avenue, 15th Floor  
New York, New York 10022  
(917) 669-6991  
TucekLaw@Gmail.com

July 2, 2025

<u>VIA ECF</u>  
Judge Carol Bagley Amon  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

        Re: *Nettles v. Zoom 34 LLC et al.*  
         25-cv-00334

Dear Judge Amon:

 I represent the Plaintiff in the Above-referenced matter. I am writing to respond to Plaintiff's Motion for a pre-motion conference in anticipation of Defendant's Motion to dismiss due to lack of standing.

 Plaintiff will be amending his Complaint to address Defendant's concerns, and respectfully requests that any conference or motion schedule be held in abeyance until this is accomplished. Plaintiff shall file the Amended Complaint, as a matter of right, within one week. Plaintiff would have filed it sooner, but the undersigned is currently on vacation and cannot accomplish this until after the holiday. Thank you.

 Respectfully submitted,

 /s/ Jennifer E. Tucek  
 Jennifer E. Tucek