# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Suffolk District of New York

Index Number: 1:25-CV-00334-CBA-MMH

Date Filed: 1/19/2025

**Plaintiff:**
GEMANE NETTLES

vs.

**Defendant:**
ZOOM 34 LLC, LIBERTY TROPICAL JERK & SEAFOOD CENTER INC. and LIBERTY CHICKEN, INC.,

**For:**
Jennifer Tucek, Esq.
Law Office Of Jennifer E. Tucek, PC
641 Lexington Avenue
15th Floor
New York, NY 10022

Received these papers on the 14th day of August, 2025 at 1:53 pm to be served on **LIBERTY CHICKEN INC, 165-25 LIBERTY AVENUE, JAMAICA, NY 11433**

I, Joseph Gill, do hereby affirm that on the **20th day of August, 2025 at 12:27 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT**, to: **Pardez Ahmed** as Authorized Agent for **LIBERTY CHICKEN INC**, at the address of: **165-25 LIBERTY AVENUE, JAMAICA, NY 11433**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Perceived Description** of Person Served: Age: 48, Gender: M, Race: Light Tan, Height: 5'6", Weight: 160, Hair: Hat, Glasses: N

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare I have read the foregoing document and the facts stated are true.

Joseph Gill
Process Server

Date: 8/22/2025

Our Job Serial Number: DPR-2025001427

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d

