UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Germane Nettles<br>          Plaintiff,<br>v.<br><br>Zoom 34 LLC, et al.,<br>          Defendants. | 1:25-cv-00334-CBA-MMH |

NOTICE OF VOLUNTARY DISMISSAL AGAINST
DEFENDANT, LIBERTY TROPICAL JERK & SEAFOOD CENTER INC.

     Pursuant to F.R.C.P 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant, Liberty Tropical Jerk & Seafood Center Inc.

Dated: New York, New York

September 14, 2025

                                                  /s/ Jennifer E. Tucek
                                                  Law Office of Jennifer E. Tucek, PC
                                                  Bar No. JT2817
                                                  641 Lexington Avenue, 15th Floor
                                                  New York, NY 10022
                                                  (917) 669-6991
                                                  TucekLaw@Gmail.com
                                                  *Attorney for the Plaintiff*