LAW OFFICE OF JENNIFER E. TUCEK, PC
641 Lexington Avenue, 15th Floor
New York, New York 10022
(917) 669-6991
TucekLaw@Gmail.com

September 15, 2025

<u>VIA ECF</u>
Judge Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                        Re: *Nettles v. Zoom 34 LLC et al.*
                           25-cv-00334

Dear Judge Amon:

      I represent the Plaintiff in the Above-referenced matter. I am writing to withdraw the Notice of Dismissal filed yesterday (DE 22). On Plaintiff's recent visit to the subject premises, it appeared that Tropical Jerk restaurant located at the subject premises was permanently closed. Based on that information, Plaintiff thought it best to discontinue against it. However, Plaintiff just informed me that the restaurant appears to be open again. Thus, he respectfully requests that the Notice of Dismissal be withdrawn and disregarded. Plaintiff is in the process of serving this Defendant, and service should be completed within the next week.

      On another note, Plaintiff is finalizing his response to Defendant's Request for a pre-motion conference (DE 20) and shall be filing it today. Thank you.

      Respectfully submitted,

      <u>/s/ Jennifer E. Tucek</u>
      Jennifer E. Tucek