# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

September 30, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Marcia M. Henry, U.S.M.J.
225 Cadman Plaza East
Courtroom 13C South
Brooklyn, NY 11201-1804

      *Re:*    **Nettles v. Zoom 34 LLC, et al.**
              <u>**Case No.: 1:25-cv-334 (CBA) (MMH)**</u>

Dear Judge Amon:

      This firm represents the Defendant Zoom 34 LLC ("Defendant") in the above-referenced case, who respectfully submits this letter motion in accordance with ¶ III(B)(4) of this Court's Individual Motion Practices and Rules (hereinafter the "Individual Rules") to respectfully request that the video status conference currently scheduled for Thursday October 2, 2025 at 2:30 PM be adjourned.

      This adjournment is requested based on your undersigned's observance of Yom Kippur on that date. There have been no previous requests for an adjournment. Plaintiff consents to the adjournment request. Defendant does not believe that any other scheduled court appearance or deadline is affected by this request. Based on the foregoing, Defendant respectfully submits that sufficient good cause neglect exists for this Court to exercise its discretion in favor of granting the requested extension of time. <u>See</u> Fed. R. Civ. P. 6(b)(1)(A).

      Defendant thanks this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
       September 30, 2025                          Respectfully submitted,

                                                          **SAGE LEGAL LLC**
                                                          By: <u>*/s/ Emanuel Kataev, Esq.*</u>
                                                          Emanuel Kataev, Esq.
                                                          18211 Jamaica Avenue
                                                          Jamaica, NY 11423-2327
                                                          (718) 412-2421 (office)
                                                          (917) 807-7819 (cellular)
                                                          (718) 489-4155 (facsimile)
                                                          emanuel@sagelegal.nyc

                                                          *Attorneys for Defendant*
                                                          *Zoom 34 LLC*