# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

November 20, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Marcia M. Henry, U.S.M.J.
225 Cadman Plaza East
Courtroom 13C South
Brooklyn, NY 11201-1804

   *Re:* **Nettles v. Zoom 34 LLC, et al.**
      <u>Case No.: 1:25-cv-334 (CBA) (MMH)</u>

Dear Judge Henry:

  This firm represents the Defendant Zoom 34 LLC ("Defendant") in the above-referenced case, who respectfully submits this joint status report together with Plaintiff Germane Nettles ("Plaintiff") consistent with this Court's Order dated October 23, 2025.

  Defendant conferred with its counsel, and met-and-conferred with Plaintiff thereafter. The parties appear to have reached a settlement in principle as to alleged barriers to access, but are still working out terms related to other issues in resolving the case. As a result, and consistent with this Court's October 23, 2025 Order, the parties respectfully seek a settlement conference on one of the following dates: (i) Monday, January 5, 2026; (ii) Wednesday, January 7, 2026; or (iii) Friday, January 9, 2026.

  The parties thank this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
    November 20, 2025      Respectfully submitted,

                **SAGE LEGAL LLC**
                By: <u>*/s/ Emanuel Kataev, Esq.*</u>
                Emanuel Kataev, Esq.
                18211 Jamaica Avenue
                Jamaica, NY 11423-2327
                (718) 412-2421 (office)
                (917) 807-7819 (cellular)
                (718) 489-4155 (facsimile)
                emanuel@sagelegal.nyc

                *Attorneys for Defendant*
                *Zoom 34 LLC*