UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
:
:
:
GERMANE NETTLES                                              : Case No: 1:25-cv-00334-CBA-MMH
                    Plaintiff,        :
:
v.                                                           :
ZOOM 34 LLC, LIBERTY CHICKEN, INC                            :
And LIBERTY TROPICAL JERK and SEAFOOD                        :
:
                    Defendants       :
:
:
:
-------------------------------------------------------------- x

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the proposed Certificate of Default (Docket Entry 28) was served on December 20, 2025, by regular mail on the Defendants at the below addresses:

**Liberty Chicken Inc.**
C/O The Corporation
165-25 Liberty Avenue
Jamaica, NY 11433

**Liberty Tropical Jerk & Seafood Center Inc.**
165-25 Liberty Avenue
Jamaica, NY 11433

                                            Respectfully submitted,

                                            /s/Jennifer E. Tucek
                                            Jennifer E. Tucek, Esq.
                                            *Attorney for Plaintiff*
                                            641 Lexington Avenue, 15th Floor
                                            New York, New York 10022
                                            Ph: (917)669-6991
                                            Bar No. JT2817