UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Germane Nettles<br>　　　Plaintiff,<br><br>vs.<br><br>Zoom 34 LLC, Liberty Chicken Inc. and Liberty Tropical Jerk & Seafood Center Inc.<br>　　　Defendants. | Case No. **1:25-cv-00334-CBA-MMH**<br><br><br>**CERTIFICATE OF DEFAULT** |

　　I, BRENNA B. MAHONEY, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that Defendants, Liberty Chicken Inc. and Liberty Tropical Jerk & Seafood Center Inc., have not filed any answer or otherwise moved with respect to the Complaint herein. The default of Defendants, Liberty Chicken Inc. and Liberty Tropical Jerk & Seafood Center Inc., is hereby noted pursuant to rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York

December 23, 2025

　　　　　　　　　　　　　　　　　　　　**BRENNA B. MAHONEY**

　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　By: *Jalitza Poveda*
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

1