LAW OFFICE OF JENNIFER E. TUCEK, PC
641 Lexington Avenue, 15th Floor
New York, New York 10022
(917) 669-6991
TucekLaw@Gmail.com

February 23, 2026

<u>VIA EMAIL</u>
Judge Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Nettles v. Zoom 34 LLC et al.*
25-cv-00334

Dear Judge Henry:

I represent the Plaintiff in the above-referenced matter.  I am writing to provide status of the case and inform the court that the Parties will not be filing a dismissal on or before 2/25/26 as ordered. Plaintiff has reached out to Defendant to attempt to revive the settlement but has received no response whatsoever.   Although Defendant stated we reached a settlement in principle regarding Plaintiff's new proposal  (DE 31), Plaintiff has yet to receive any follow-up.  As such, Plaintiff intends to file default motions against the two non-appearing Defendants as ordered and will await further direction regarding how to proceed against Defendant Zoom 34 LLC, as matters were held in abeyance pending the outcome of settlement efforts.  Thank you.

Respectfully submitted,

/s/ Jennifer E. Tucek
Jennifer E. Tucek