# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

February 25, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Marcia M. Henry, U.S.M.J.
225 Cadman Plaza East, Courtroom 13C South
Brooklyn, NY 11201-1804

   *Re*: <u>Nettles v. Zoom 34 LLC, *et al.*</u>
     <u>Case No.: 1:25-cv-334 (CBA) (MMH)</u>

Dear Judge Henry:

  This firm represents the Defendant Zoom 34 LLC ("Defendant") in the above-referenced case. The Defendant writes to respectfully request an extension of time of two (2) weeks, until March 11, 2026, to file a stipulation of voluntary dismissal in this case as required by this Court's Order dated January 12, 2025. Pursuant to ¶ II(B) of this Court's Individual Motion Practices, Defendant respectfully submits that:

(i) the original deadline to file a stipulation of voluntary dismissal is set forth *supra*;

(ii) the reason for the request is because the parties' settlement in principle, which fully resolves the case without the need for Plaintiff to pursue a motion for default judgment against the remaining Defendants, is because your undersigned was traveling from February 16, 2026 with plans to originally return on Sunday, February 22, 2026, but was stranded with no way home until early in the morning on Tuesday, February 24, 2026, with a deposition to defend that day in the unrelated case of <u>Evans v. The Home Depot, Inc.</u>, Case No.: 4:25-cv-574 (ALM) (BD) before the United States District Court for the Western District of Texas, Sherman Division, as well as a court appearance this morning and preparation thereafter for a show-cause hearing before the Hon. Pamela K. Chen, U.S.D.J. on March 3, 2026 in the matter of <u>IME WatchDog, Inc. v. Gelardi, *et al.*</u>; Case No.: 1:22-cv-1032 (PKC) (JRC).

(iii) there has been one (1) previous request for an extension of this particular deadline;

(iv) Plaintiff does not consent to this requested extension of time and seeks to proceed with litigation,[1] but any attempt to do so will be met with a motion to enforce the parties' settlement agreement;[2] and

---

[1] Plaintiff also asserts that Defendant has failed to timely get back to her counsel, but ignores the fact the parties never agreed to consummate their settlement by any date certain.

[2] Indeed, Defendant has already placed all settlement funds in escrow and, despite your undersigned's travel disruptions, your undersigned has attempted to meet with the principal of the Defendant but was unable to find a mutually available time to do so.

   (v)  Defendant submits that good cause exists based on the foregoing.

  Defendant thus respectfully submits that sufficient good cause and excusable neglect exists for this Court to exercise its discretion in favor of granting the requested extension of time. See Fed. R. Civ. P. 6(b)(1)(B).

  Defendant thanks this Court for its time and attention to this case.

Dated: Jamaica, New York
   February 25, 2026       Respectfully submitted,

                 **SAGE LEGAL LLC**

                 By: */s/ Emanuel Kataev, Esq.*
                 Emanuel Kataev, Esq.
                 18211 Jamaica Avenue
                 Jamaica, NY 11423-2327
                 (718) 412-2421 (office)
                 (917) 807-7819 (cellular)
                 (718) 489-4155 (facsimile)
                 emanuel@sagelegal.nyc

                 *Attorneys for Defendant*
                 *Zoom 34 LLC*

**VIA ECF**
Law Office of Jennifer Tucek, PC
<u>Attn</u>: Jennifer E. Tucek, Esq.
641 Lexington Avenue, 15th Floor
New York, New York 10022
tuceklaw@gmail.com

*Attorneys for Plaintiff*
*Germane Nettles*