LAW OFFICE OF JENNIFER E. TUCEK, PC
641 Lexington Avenue, 15th Floor
New York, New York 10022
(917) 669-6991
TucekLaw@Gmail.com

February 26, 2026

<u>VIA EMAIL</u>
Judge Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                                                      Re:  *Nettles v. Zoom 34 LLC et al.*
                                                      25-cv-00334

Dear Judge Henry:

      I represent the Plaintiff in the above-referenced matter.  I am writing to oppose Defendant's request for a further extension of time to file the dismissal, and to request a one-week extension of time to file Plaintiff's default motions against the two non-appearing defendants.  The undersigned has been ill this week and was unable to file the motion today.  Plaintiff requests a one-week extension to file the motion.

      Plaintiff objects to Defendant's request for the same reasons stated in his 2/12/26 letter to the court (DE 32).  Further, contrary to Defendant's assertion, there was a deadline to complete the settlement, as the Court set a deadline of 2/11, and then a final deadline of 2/25, in an Order that clearly stated there would be no further extensions.  Plaintiff also made a condition precedent to any settlement be that it be completed by a date certain, and that date passed long ago.

      This is the fourth time Defendant has sought an extension necessary due to his travels, and despite his repeated preparation and filing of letters seeking extensions, he has made no effort whatsoever to discuss the matter with me.

      Plaintiff respectfully again requests that the case ne allowed to go forward and further seeks a one-week extension of time to file his default motion.  Thank you.

Respectfully submitted,

/s/ Jennifer E. Tucek
Jennifer E. Tucek