# Sage Legal LLC

18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc

March 12, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Marcia M. Henry, U.S.M.J.
225 Cadman Plaza East
Courtroom 13C South
Brooklyn, NY 11201-1804

    *Re:*    **Nettles v. Zoom 34 LLC, et al.**
            **Case No.: 1:25-cv-334 (CBA) (MMH)**
            **Defendant Zoom 34 LLC's Status Report**

Dear Judge Henry:

      This firm represents the Defendant Zoom 34 LLC ("Defendant") in the above-referenced case, who respectfully submits this status report pursuant to this Court's Order dated March 6, 2026 to indicate Defendant's next steps.

      This Court issued the aforementioned Order requiring the parties to confer in good faith and file a joint status report regarding their next steps. Rather than meet-and-confer as required, Plaintiff has seen fit to send an email on March 6, 2026 indicating that she is no longer interested in settling this case on the terms agreed upon by the parties. Plaintiff is under the woefully mistaken and meritless position that her written e-mail is sufficient to satisfy the requirement to meet-and-confer. See, e.g., Washington v. Green Trips Inc., No. 24 CIV. 3585 (DG) (VMS), 2025 WL 3687784, at *2 (E.D.N.Y. Dec. 19, 2025) ("Counsel are reminded of their duty to cooperate pursuant to [the Local Civil Rules, Federal Rules of Civil Procedure,] and other ethical rules governing attorneys who practice before the Court. Counsel must attempt resolution of their disputes in good faith before seeking Court intervention, *which requires counsel to meet and confer via telephone or in person, not simply to exchange written correspondence*") (emphasis added); see also Sitnet LLC v. Meta Platforms, Inc., No. 1:23-CV-6389 (AS), 2023 WL 6938283, at *4 (S.D.N.Y. Oct. 20, 2023) ("The parties shall file … a letter that identifies by name each individual who participated in the meet and confer, *when and how (i.e., by telephone or in person) the meet and confer occurred*, and how long it lasted") (emphasis added).

      Notwithstanding the direct defiance of this Court's Order to meet-and-confer, Defendant wrote to Plaintiff today offering to meet-and-confer until 7:00 PM this evening or any time between 11:00 AM and 5:00 PM tomorrow so that the parties may comply with this Court's Order. Rather than pick up the phone and contact your undersigned, Plaintiff engaged on an email tirade refusing to do so and reiterating that she will no longer settle this case. As a result, Defendant is regrettably constrained to file the instant status report on its own, not as a joint letter, and report as to Defendant's next steps: to set a briefing schedule for Defendant's motion to enforce the settlement agreement and for sanctions pursuant to 28 U.S.C. § 1927 for Plaintiff's persistent and problematic conduct in multiplying the proceedings in this case unreasonably and vexatiously. As such, Defendant will seek appropriate relief to remedy this bad faith behavior.

      As previously reported, Defendant has already placed all settlement funds in escrow and earlier today sent a revised settlement agreement incorporating all the material terms of the parties' prior settlement in principle. Plaintiff nevertheless refuses to close this case, forcing Defendant to incur unnecessary fees.

      Defendant thanks this honorable Court for its time and attention to this case.

Dated: Jamaica, New York  
       March 12, 2026                                     Respectfully submitted,

                                                          **SAGE LEGAL LLC**  
                                                          By: */s/ Emanuel Kataev, Esq.*  
                                                          Emanuel Kataev, Esq.  
                                                          18211 Jamaica Avenue  
                                                          Jamaica, NY 11423-2327  
                                                          (718) 412-2421 (office)  
                                                          (917) 807-7819 (cellular)  
                                                          (718) 489-4155 (facsimile)  
                                                          emanuel@sagelegal.nyc

                                                          *Attorneys for Defendant*  
                                                          *Zoom 34 LLC*