# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

March 13, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Marcia M. Henry, U.S.M.J.
225 Cadman Plaza East
Courtroom 13C South
Brooklyn, NY 11201-1804

>      *Re:*      **Nettles v. Zoom 34 LLC, et al.**
>               **Case No.: 1:25-cv-334 (CBA) (MMH)**
>               <u>**Defendant Zoom 34 LLC's Response in Objection to Plaintiff's Status Report**</u>

Dear Judge Henry:

This firm represents the Defendant Zoom 34 LLC ("Defendant") in the above-referenced case, who respectfully submits this response in objection to Plaintiff's counsel's status report.

In her letter, Attorney Tucek represents to the Court that "Defendant verbally attacked the undersigned with personal insults." This statement to the Court contains material misrepresentations of fact.

First, neither my client nor your undersigned had any *verbal*[1] communication with Plaintiff's counsel on January 20, 2026.

Second, Plaintiff's counsel was not attacked in any sense of the word. While your undersigned has never personally insulted Plaintiff's counsel in any manner, Attorney Tucek has seen fit to call your undersigned a "moron" and a "horrible person." In that regard, Attorney Tucek is throwing stones in glass houses.

Defendant respectfully demands that Plaintiff withdraw these material misrepresentations of fact, clearly made to draw the ire of the Court, as they are without basis in fact. Plaintiff should be Ordered to provide phone records of any telephonic conversation held with a declaration swearing to their contents, as Defendant respectfully submits that the parties' counsel did not have any verbal conversations with each other on January 20, 2026.

This is precisely the type of conduct which warrants sanctions pursuant to 28 U.S.C. § 1927. Her conduct is unbecoming of an attorney, who appears to pride herself on prevailing in a personality conflict rather than resolving this case in a manner that is in the best interests of her client. Defendant thanks this honorable Court for its time and attention to this case.

---

[1] In email correspondence, Plaintiff complained that she had been verbally attacked; however, the undersigned counsel did not engage in any verbal communications, only emails. Plaintiff's counsel appears not to understand what the word "verbal" means.

Dated: Jamaica, New York
       March 13, 2026                    Respectfully submitted,

                                         **SAGE LEGAL LLC**

                                         By:   */s/ Emanuel Kataev, Esq.*
                                         Emanuel Kataev, Esq.
                                         18211 Jamaica Avenue
                                         Jamaica, NY 11423-2327
                                         (718) 412-2421 (office)
                                         (917) 807-7819 (cellular)
                                         (718) 489-4155 (facsimile)
                                         emanuel@sagelegal.nyc

                                         *Attorneys for Defendant*
                                         *Zoom 34 LLC*