LAW OFFICE OF JENNIFER E. TUCEK, PC
641 Lexington Avenue, 15th Floor
New York, New York 10022
(917) 669-6991
TucekLaw@Gmail.com

March 19, 2026

<u>VIA EMAIL</u>
Judge Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Nettles v. Zoom 34 LLC et al.*
 25-cv-00334

Dear Judge Henry:

I represent the Plaintiff in the above-referenced matter.  I am writing reluctantly to respond to Defendant's 3/13 letter to the court wherein Attorney Kataev accuses the undersigned of making material misrepresentations to the court regarding several "verbal insults" he has levelled at me throughout this entire litigation.

Mr. Kataev has stated that we have never had a phone conversation and therefore my statements are untrue.  Unfortunately for him, he has confused the term "verbal" with "oral" wasting this court's time with nonsense.  The Merriam Webster dictionary defines verbal communication as "the use of words – either spoken or written- to exchange information, thoughts and feelings."

Plaintiff reiterates his request for a conference (DE 17).  Thank you.

Respectfully submitted,

<u>/s/ Jennifer E. Tucek</u>
Jennifer E. Tucek