LAW OFFICE OF JENNIFER E. TUCEK, PC
641 Lexington Avenue, 15th Floor
New York, New York 10022
(917) 669-6991
TucekLaw@Gmail.com

April 6, 2026

VIA EMAIL
Judge Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Nettles v. Zoom 34 LLC et al.*
25-cv-00334

Dear Judge Henry:

I represent the Plaintiff in the above-referenced matter.  I am writing to advise the court that the Plaintiff and Defendant Zoom 34 LLC have resolved the matter between them and to request that the conference scheduled for tomorrow, April 7, 2026 be adjourned *sine die.*  We shall file a Stipulation of Dismissal within the next five days.

The matter against the non-appearing remains open but is tentatively resolved. However, for reasons which are part of the confidential settlement agreement, Plaintiff shall require an additional seventy days to file a Notice of Dismissal against the non-appearing defendants and respectfully requests such time.  In the event the matter is closed, Plaintiff requests that he be given seventy days to reopen.

Plaintiff appreciate and thanks the court for its efforts in resolving this matter.

Respectfully submitted,

/s/ Jennifer E. Tucek
Jennifer E. Tucek