UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GERMAINE NETTLES,

                         Plaintiff,

         -against-

ZOOM 34 LLC, LIBERTY TROPICAL JERK &
SEAFOOD CENTER INC., and LIBERTY CHICKEN,
INC.,

                        Defendants.

-----------------------------------------------------------------X

**Case No.: 1:25-cv-334 (CBA) (MMH)**

**STIPULATION OF
VOLUNTARY DISMISSAL
WITH PREJUDICE AS AGAINST
DEFENDANT ZOOM 34 LLC**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Germaine Nettles and Defendant Zoom 34 LLC, by and through their respective undersigned counsel, that – pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure – Plaintiff's claims in the above-captioned case shall be dismissed in their entirety with prejudice and without costs or attorneys' fees as against Defendant Zoom 34 LLC.

DATED:  April 6, 2026

Respectfully submitted,


*/s/ Emanuel Kataev, Esq.*
  SAGE LEGAL LLC
  Emanuel Kataev, Esq.
  *Counsel for Defendant Zoom 34 LLC*


*/s/ Jennifer E. Tucek, Esq.*

  LAW OFFICE OF JENNIFER E. TUCEK, P.C.
  Jennifer E. Tucek, Esq.
  *Counsel for Plaintiff Germaine Nettles*


  SO ORDERED:

Hon. Carol B. Amon, U.S.D.J.