LAW OFFICE OF JENNIFER E. TUCEK, PC
641 Lexington Avenue, 15th Floor
New York, New York 10022
(917) 669-6991
TucekLaw@Gmail.com

June 22, 2026

<u>VIA EMAIL</u>
Judge Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Nettles v. Zoom 34 LLC et al.*
25-cv-00334

Dear Judge Amon:

I represent the Plaintiff in the above-referenced matter.  I am writing to provide status and seek a brief extension of time to file Notices of Dismissal.  I am awaiting confirmation from Defendant Zoom 34 LLC, that the work was performed in the tenant spaces.  If I do not receive confirmation by July 6, Plaintiff will pursue default judgments against the tenant Defendants or file a Notice of Dismissal without Prejudice.  I apologize for the delay.

Plaintiff respectfully requests an extension of time to July 6 to file the notices or otherwise proceed.  Thank you.

Respectfully submitted,

/s/ Jennifer E. Tucek
Jennifer E. Tucek