LAW OFFICE OF JENNIFER E. TUCEK, PC
641 Lexington Avenue, 15th Floor
New York, New York 10022
(917) 669-6991
TucekLaw@Gmail.com

June 22, 2026

VIA ECF
Judge Nina Gershon
United States District Court Eastern District
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Joseph Rouse v. Marcela's Wine Bar et al*
Case No. 24-cv-4436 (ARR-LKE)

Dear Judge Gershon:

I represent the Plaintiff in the above matter.  Plaintiff writes to respond the Court's Order to Show cause why this case should not be dismissed.  Plaintiff believed the Court had retained jurisdiction, as it was the clear intent of the Parties, as stated in the filed settlement agreement DE 22, and the multiple conferences held Magistrate Judge Eshkenazi held on 11/19/2025 and 1/13/2026.  In violation of multiple Orders, Defendant Marcela's Wine Bar Inc. has failed to provide the Court with a status of the remediations.  The agreement which the court has deemed the "operative agreement" was modified to provide for an extension of time to complete the work and a reduction of the legal fees owing the Plaintiff and is no longer enforceable.  However, it appears that the Court no longer wishes to assert its jurisdiction over this matter and has issued an Order to Show Cause to the Plaintiff.

As such, Plaintiff intends to file a Notice of Dismissal against the non-appearing Defendant, 173 Montrose LLC and commence a new action if the work is not completed, and further respectfully request that the case against Defendant Marcela's be dismissed.  Thank you.

Respectfully Submitte,

/s/ Jennifer E. Tucek

Jennifer E. Tucek
Bar No.  JT2609

.