**UNITED STATES DISTRICT COURT**
**EASTERN DISTRCT OF NEW YORK**

Germane Nettles

     Plaintiff,

vs.

Liberty Tropical Jerk & Seafood
Center and Liberty Chicken, Inc.

     Defendants

Case No. 25-cv-00334

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AGAINST DEFENDANTS Liberty Tropical Jerk & Seafood Center and Liberty Chicken, Inc.**

     Pursuant to F.R.C.P 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, *without prejudice*, against Defendants Liberty Tropical Jerk & Seafood Center and Liberty Chicken, Inc.

July 6, 2026

Respectfully submitted,

*s/ Jennifer E. Tucek, Esq.*
Law Office of Jennifer Tucek, PC
    *Attorney for Plaintiff*
Bar No. JT2817
641 Lexington Avenue, 15th Floor
New York, N.Y. 10022
(917) 669-6991
TucekLaw@Gmail.com

1